Copy

STATE OF MAINE

UNIFIED CRIMINAL DOCKET

LOCATION: PORTLAND

DOCKET NO. CUMCD-CR-09-4792

STATE

VS.

DECISION AND ORDER

ZACHARIAH WILKINSON,

Based on the evidence presented at the motion to suppress hearing on December 3, 2009, the court finds[1] that the defendant was not under arrest until the officer began placing him in handcuffs behind the defendant's vehicle;[2] even if defendant was in custody when the officer ordered defendant to throw his keys out of the car, the officer had probable cause to believe that the defendant committed the crime of criminal speeding; the results of the HGN test are not testimonial statements and smelling alcohol on the defendant's breath is not a testimonial statement; the officer did not arrest the defendant for operating under the influence until the defendant was handcuffed, at which

---

[1] If further factual findings are necessary for appeal, the defendant may file a motion for findings of fact and conclusions of law.

[2] See, e.g., *State v. Langlois*, 2005 ME 3, ¶9-10 (defendant was subjected to an investigatory detention, not an arrest, when the officer ordered him at gunpoint to lie down).

time the officer had probable cause to arrest for OUI; and the defendant did not make any incriminating testimonial statements that the state intends to use at trial.[3]

Therefore, defendant's motion to suppress is denied.

Dated: 12/4/09

_____
Judge, Unified Criminal Docket

---

[3] The State asserted at the motion hearing that it would not offer at trial any statements about speed that the defendant may have made after his arrest, handcuffing, and placement in the police cruiser.

2

STATE OF MAINE

  vs

ZACHARIAH  WILKINSON

359 FOSTER RD

AUBURN ME 04210

DOB: 03/20/1982

Attorney: ROBERT ANDREWS                    State's Attorney: STEPHANIE ANDERSON

         ROBERT ANDREWS ESQ

         PO BOX 17621

         PORTLAND ME 04112

         RETAINED 09/29/2009

## Charge(s)

1   OPERATING UNDER THE INFLUENCE              06/20/2009 NEW GLOUCESTER

Seq 9878  29-A  2411(1-A)(A)         Class D

   TUFTS            / CUM

2   MOTOR VEHICLE SPEEDING: 30+ MPH OVER SPEED 06/20/2009 NEW GLOUCESTER

   LIMIT

Seq 1147  29-A  2074(3)              Class E

   TUFTS            / CUM

## Docket Events:

06/23/2009 FILING DOCUMENT -  CASH BAIL BOND FILED ON 06/23/2009

07/07/2009 Charge(s): 1,2

         HEARING -  ARRAIGNMENT SCHEDULED FOR 07/15/2009 @ 8:30 in Room No.  1

         NOTICE TO PARTIES/COUNSEL

07/07/2009 BAIL BOND - $200.00 CASH BAIL BOND FILED ON 06/23/2009

         Bail Receipt Type: CR

         Bail Amt:  $200

                                 Receipt Type: CK

         Date Bailed: 06/20/2009    Prvdr Name; SARAH  YOUNG

                                 Rtrn Name: SARAH  YOUNG

         988

07/09/2009 Charge(s): 1,2

         SUPPLEMENTAL FILING -  COMPLAINT FILED ON 07/09/2009

         JAMES  TURCOTTE , ASSISTANT CLERK

07/15/2009 Charge(s): 1,2

         HEARING -  ARRAIGNMENT HELD ON 07/15/2009 @ 8:30 in Room No.  1

         MARYGAY  KENNEDY , JUDGE

         DA:  WILLIAM BARRY

07/15/2009 Charge(s): 1,2

         PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 07/15/2009 @ 8:30 in Room No.  1

         MARYGAY  KENNEDY , JUDGE

         DA:  WILLIAM BARRY

07/15/2009 Charge(s): 1,2

         HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 10/06/2009 @ 10:30 in Room No.  7

07/15/2009 Charge(s): 1,2

TRIAL - JURY TRIAL SCHEDULED FOR 11/09/2009 @ 8:30 in Room No. 11

NOTICE TO PARTIES/COUNSEL
09/15/2009 Charge(s): 1,2
HEARING - DISPOSITIONAL CONFERENCE NOTICE SENT ON 09/15/2009

09/29/2009 Party(s): ZACHARIAH WILKINSON
ATTORNEY - RETAINED ENTERED ON 09/29/2009

Attorney: ROBERT ANDREWS
10/06/2009 Charge(s): 1,2
HEARING - DISPOSITIONAL CONFERENCE HELD ON 10/06/2009
THOMAS D WARREN , JUSTICE
Attorney: ROBERT ANDREWS
DA: ANGELA CANNON
Defendant Present in Court

SET FOR MOTION
10/06/2009 Charge(s): 1,2
MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 10/06/2009

10/06/2009 Charge(s): 1,2
HEARING - MOTION TO SUPPRESS SCHEDULED FOR 10/29/2009 @ 1:00 in Room No. 7

NOTICE TO PARTIES/COUNSEL
10/06/2009 Charge(s): 1,2
HEARING - MOTION TO SUPPRESS NOTICE SENT ON 10/06/2009

10/20/2009 MOTION - MOTION TO CONTINUE FILED BY STATE ON 10/20/2009

10/22/2009 MOTION - MOTION TO CONTINUE GRANTED ON 10/22/2009
THOMAS D WARREN , JUSTICE
COPY TO PARTIES/COUNSEL                                    JH
10/22/2009 Charge(s): 1,2
HEARING - MOTION TO SUPPRESS CONTINUED ON 10/22/2009

10/22/2009 Charge(s): 1,2
TRIAL - JURY TRIAL CONTINUED ON 10/22/2009

10/22/2009 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 11/12/2009 @ 1:00 in Room No. 8

NOTICE TO PARTIES/COUNSEL
10/22/2009 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 10/22/2009

10/22/2009 Charge(s): 1,2
TRIAL - JURY TRIAL SCHEDULED FOR 12/07/2009 @ 8:30 in Room No. 11

NOTICE TO PARTIES/COUNSEL
10/22/2009 Charge(s): 1,2
TRIAL - JURY TRIAL NOTICE SENT ON 10/22/2009

JH
11/09/2009 HEARING - MOTION TO SUPPRESS CONTINUED ON 11/09/2009

11/09/2009 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 12/03/2009 @ 1:00 in Room No. 8

        NOTICE TO PARTIES/COUNSEL
11/09/2009 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 11/09/2009

        JH
12/04/2009 HEARING - MOTION TO SUPPRESS HELD ON 12/03/2009
        ROLAND BEAUDOIN , JUDGE
12/04/2009 Charge(s): 1,2
        MOTION - MOTION TO SUPPRESS DENIED ON 12/04/2009
        ROLAND BEAUDOIN , JUDGE
        COPY TO PARTIES/COUNSEL
12/04/2009 ORDER - COURT ORDER FILED ON 12/04/2009
        ROLAND BEAUDOIN , JUDGE
        MOTION TO SUPPRESS IS DENIED

                            COPIES TO PARTIES MAILED 12-4-

        09

A TRUE COPY
ATTEST: _____
                Clerk